

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **11-CV-2430**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2011

GREGORY C. LANGHAM
CLERK

LUCAS DEMAESTRI,
Plaintiff,

-v-

VERIFACTS INC.
Defendant.

## COMPLAINT

Plaintiff, Lucas DeMaestri, hereby sues Defendant, VERIFACTS INC., and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 et seq. and violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq

### PARTIES

2. Plaintiff, Lucas DeMaestri, is a natural person and is a resident of the State of Colorado presently residing at 9901 E. Evans Ave. #23D Denver, CO 80247

3. Defendant, VERIFACTS INC., is a Delaware Corporation, authorized to do business in Colorado.

### JURISDICTION AND VENUE

4. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

5. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b

6. This is an action for damages which do not exceed $10,000.00.

1

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

8. On December 10, 2009 VERIFACTS INC., initiated a pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

9. On December 10, 2009 VERIFACTS INC., initiated an additional pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

10. On March 18, 2010 VERIFACTS INC., initiated a pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

11. On September 1, 2010 VERIFACTS INC., initiated a pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

12. On September 20, 2010 VERIFACTS INC., initiated a pull of Plaintiff's consumer report from Experian without a permissible purpose, attempting to collect an alleged debt. (See Exhibit A)

## COUNT I
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT VERIFACTS INC.

13. Paragraphs 1 through 12 are realleged as though fully set forth herein.

2

14. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

15. VERIFACTS INC., is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

16. VERIFACTS INC., willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) VERIFACTS INC., willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against VERIFACTS INC., for statutory damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT VERIFACTS, INC.

17. Paragraphs 1 through 12 are realleged as though fully set forth herein..

18. Plaintiff is a consumer within the meaning of the FDCPA. 15 U.S.C. §1692a(3).

19. VERIFACTS INC., is a debt collector within the meaning of the FDCPA 15 U.S.C. §1692a(6).

20. VERIFACTS INC., violated the FDCPA. Defendants' violations include, but are not limited to, the following:
   (a) VERIFACTS INC., violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.
   (b) VERIFACTS INC., violated 15 U.S.C. §1692f(1) by the use of unfair or unconscionable means to collect or attempt to collect any debt.

WHEREFORE, Plaintiff demands judgment for damages against VERIFACTS INC., for statutory and actual damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

3

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

a. Statutory and actual damages in the amount of $6,000.
b. Attorney's fees and all costs of court.
c. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: September 13, 2011

Respectfully submitted,

*[signature]*

Luke DeMaestri
9901 E. Evans Ave. #23D
Denver, CO 80247
ldemaestri@gmail.com

"Exhibit A"



**Experian**
A world of insight

Prepared for: LUCAS A DEMAESTRI
Date: **June 29, 2011**
Report number: 0301-0543-29

Page 5 of 10

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### ▪ Names
LUCAS A DEMAESTRI
Name identification number: 30400

### ▪ Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 9901 E EVANS AVE<br>DENVER CO 80247-3503<br>Address identification number: 0153712442 | Multifamily | 0-706140-5-2080 |
| 9901 E EVANS AVE APT23D<br>DENVER CO 80247-3550<br>Address identification number: 0153712870 | Apartment complex | 0-706140-5-2080 |
| 1160 S CLINTON ST APT36<br>DENVER CO 80247-2316<br>Address identification number: 0153703282 | Apartment complex | 0-706020-5-2080 |

### ▪ Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.
None

### ▪ Year of birth
1985

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

*inquiries shared only with you*
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as
• other creditors who want to offer you preapproved credit.
• an employer who wishes to extend an offer of employment.
• a potential investor in assessing the risk of a current obligation.
• Experian Consumer Assistance to process a report for you.
• your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

Date of inquiry: ▬▬▬
No phone number available

Date of inquiry: ▬▬▬
VERIFACTS INC  204 1ST AVE    STERLING IL 61081
No phone number available

Date of inquiry: Sep 20, 2010, Sep 01, 2010, Mar 16, 2010, Dec 10, 2009
VERIFACTS INC
No phone number available

Date of inquiry: Dec 10, 2009
No phone number available

Date of inquiry: ▬▬▬
No phone number available