## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02430-WYD-KMT

LUCAS DEMAESTRI,

Plaintiff,

v.

VERIFACTS, INC.,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Steven J. Wienczkowski, with the law office of Adam L Plotkin, P.C., and pursuant to D.C.COLO.L.CivR 11.1A, hereby enters his appearance on behalf of the Defendant, VERIFACTS, INC.

RESPECTFULLY SUBMITTED this 18th day of October, 2011.

                            ADAM L. PLOTKIN, P.C.

By:   s/ Steven J. Wienczkowski, Esq.
        Steven J. Wienczkowski, #33105
        621 Seventeenth Street, Suite 1800
        Denver, Colorado 80293
        Telephone: (303) 296-3566
        FAX: (303) 296-3544
        E-mail: swienczkowski@alp-pc.com
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on October 18, 2011, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF and by placing the same in the U.S. Mail postage prepaid addressed to:

Lucas DeMaestri
9901 E. Evans Ave., #23D
Denver, CO 80247


                By:  s/Steven J. Wienczkowski, Esq.
                   Steven J. Wienczkowski