IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02430-WYD-KMT

LUCAS DEMAESTRI,

Plaintiff,

v.

VERIFACTS, INC.,

Defendant.

## AFFIDAVIT OF SHEILA R. GABLER

| STATE OF ILLINOIS | ) | |
| --- | --- | --- |
| | ) | ss. |
| WHITESIDE COUNTY | ) | |

I, Sheila R. Gabler, Affiant herein, being first duly sworn, state as follows:

1. I have personal knowledge regarding the statements made herein.

2. I am the President of the Defendant, VeriFacts, Inc. ("VeriFacts").

3. VeriFacts specializes in providing creditors and debt collectors with "skip tracing" information. Skip tracing is the term used in the collection industry to describe the process of gathering location information relating to consumers.

4. VeriFacts does not engage in the practice of collecting debt owed or due, or asserted to be to be owed or due, to another. The principal purpose of VeriFacts' business is to provide skip tracing information for its clients.

EXHIBIT A

5. In this case, VeriFacts obtained location information regarding Mr. DeMaestri in order to provide this information to two of VeriFacts' clients, which are both debt collection agencies. VeriFacts does not obtain any credit data from any of the credit bureaus.

6. Both of VeriFacts' clients in this case certified that any information they obtained from VeriFacts would be used in connection with a credit transaction involving the consumer and involving the extension of credit, or in connection with the review or collection of an account of the consumer, as permitted by the Fair Credit Reporting Act.

7. The inquiries into Plaintiff's consumer credit history were for no other purpose other than to provide its clients with location information relating to Mr. DeMaestri pursuant to the certification referenced in Paragraph No. 6 above.

8. The consumer reporting agencies from whom VeriFacts obtained the information posted "soft" inquiries on Plaintiff's consumer file. That means that the inquiries are only visible to the consumer and not to creditors or other customers of the consumer reporting agencies. As such, these types of "soft" inquiries do not influence a consumer's credit score or credit report.

I, Sheila R. Gabler, affiant herein, being first duly sworn, state that I have read the foregoing Affidavit and find it true and correct to the best of my knowledge and belief.

Dated this _14_ day of November, 2011.

_____
Sheila R. Gabler

Subscribed and sworn to before me this _14_ day of November, 2011 by Sheila R. Gabler.

[Seal]
OFFICIAL SEAL
ANJANET S STANGE
Notary Public - State of Illinois
My Commission Expires Apr 21, 2015

My Commission Expires: April 21, 2015

_____
Notary Public

2

EXHIBIT A