IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02430-WYD-KMT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2012

GREGORY C. LANGHAM
CLERK

LUCAS DEMAESTRI,
Plaintiff,

-v-

VERIFACTS INC.,
Defendant.

## AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA AND FDCPA

Plaintiff, Lucas DeMaestri (hereinafter "Plaintiff"), hereby sues Defendant, VERIFACTS INC. (hereinafter "Defendant"), and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.* and violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*

### PARTIES

2. Plaintiff, Lucas DeMaestri, is a natural person and is a resident of the State of Colorado presently residing at 9901 E. Evans Ave. #23D Denver, CO 80247.

3. Defendant, VERIFACTS INC., is a Delaware Corporation, authorized to do business in Colorado with offices located at 204 1st Avenue in Sterling, IL 61081.

### JURISDICTION AND VENUE

4. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

5. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

6. This is an action for damages which do not exceed $15,000.00.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## GENERAL ALLEGATIONS

8. Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities he was unfamiliar with in the reports.

9. Plaintiff determined that his consumer reports had been obtained on various occasions by various entities he did not recognize and without his consent.

10. Plaintiff found after examination of his Experian consumer report that on December 10, 2009, Defendant obtained Plaintiff's consumer report two (2) times from Experian. (See, Exhibit A)

11. Plaintiff found after examination of his Experian consumer report that on March 18, 2010, Defendant obtained Plaintiff's consumer report from Experian. (See, Exhibit A)

12. Plaintiff found after examination of his Experian consumer report that on September 1, 2010, Defendant obtained Plaintiff's consumer report from Experian. (See, Exhibit A)

13. Plaintiff found after examination of his Experian consumer report that on September 20, 2010, Defendant obtained Plaintiff's consumer report from Experian. (See, Exhibit A)

14. Plaintiff found after examination of his Trans Union consumer report that in December 2009, Defendant obtained Plaintiff's consumer report from Trans Union. (See, Exhibit B)

15. Plaintiff found after examination of his Trans Union consumer report that in September 2010, Defendant obtained Plaintiff's consumer report two (2) times from Trans Union. (See, Exhibit B)

16. Plaintiff found after examination of his Trans Union consumer report that in March 2010, Defendant obtained Plaintiff's consumer report from Trans Union. (See, Exhibit B)

17. The FCRA, 15 U.S.C § 1681b defines the permissible purposes for which a person may obtain a consumer report.

18. Such permissible purposes as defined by 15 U.S.C § 1681b are generally, for the review or collection of an account, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona-fide offer of credit as a result of the inquiry.

19. The FCRA, 15 U.S.C. § 1681a(r)(4) defines the term "account".

20. The FCRA, 15 U.S.C. § 1681a(r)(4) defines the meaning of the term "account" as follows:

The terms "account" and "electronic fund transfer" have the same meanings as in section 903 of the Electronic Fund Transfer Act.

21. Section 903, Definitions of the Electronic Fund Transfer Act, defines the meaning of the term "account" as follows:

The term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 103(i) of this Act), as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement.

22. Defendants motive for obtaining Plaintiff's consumer reports was to obtain information regarding the Plaintiff.

23. The information from Plaintiffs consumer reports obtained by Defendant was provided to a client(s) of Defendant in order to assist their client(s) in the collection of an alleged debt of the Plaintiff.

23. The FDCPA, 15 U.S.C. § 1692e(10) states the following as a violation:
The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

24. Under the "Technology and Quality Assurance" link of Defendants website located at www.skiptracers.com, Defendant assures its compliance with the FDCPA.

25. Plaintiff has never had any business dealings, debts or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona-fide offer of credit from Defendant VERIFACTS INC. or any of its alleged debt collection agency clients.

26. At no time has Plaintiff ever given his consent for Defendant VERIFACTS INC. to obtain his consumer report from any credit reporting agency.

27. On December 10, 2009, Defendant obtained Plaintiff's consumer report two (2) times from Experian without a permissible purpose in violation of 15 U.S.C § 1681b.

28. On March 18, 2010, Defendant obtained Plaintiff's consumer report from Experian without a permissible purpose in violation of 15 U.S.C § 1681b.

29. On September 1, 2010, Defendant. obtained Plaintiff's consumer report from Experian without a permissible purpose in violation of 15 U.S.C § 1681b.

30. On September 20, 2010, Defendant obtained Plaintiff's consumer report from Experian without a permissible purpose in violation of 15 U.S.C § 1681b.

31. In December 2009, Defendant obtained Plaintiff's consumer report from Trans Union without a permissible purpose in violation of 15 U.S.C § 1681b.

32. In September 2010, Defendant obtained Plaintiff's consumer report two (2) times from Trans Union without a permissible purpose in violation of 15 U.S.C § 1681b.

33. In March 2010, Defendant obtained Plaintiff's consumer report from Trans Union without a permissible purpose in violation of 15 U.S.C § 1681b.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT VERIFACTS INC.

34. Paragraphs 1 through 33 are realleged as though fully set forth herein.

35. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

36. VERIFACTS INC., is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

37. VERIFACTS INC., willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) VERIFACTS INC., willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report on nine (9) separate occasions without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against VERIFACTS INC. for statutory damages of $9000 and attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT VERIFACTS INC.

38. Paragraphs 1 through 33 are realleged as though fully set forth herein..

39. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

40. VERIFACTS INC. is a debt collector within the meaning of the FDCPA 15 U.S.C. §1692a(6).

41. VERIFACTS INC. violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a) VERIFACTS INC. violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

WHEREFORE, Plaintiff demands judgment for damages against VERIFACTS INC. for statutory damages in the amount of $1000 and attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## REQUEST FOR RELIEF

Plaintiff respectfully requests the following relief:

a. Statutory damages in the amount of $10,000.00
b. Attorney's fees and all costs of court.
c. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: January 10, 2012
Respectfully submitted,

Lucas DeMaestri, Pro Se
9901 E. Evans Ave. #23D
Denver, CO 80247

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was mailed USPS first class mail to the person(s) listed below:

Steven J. Weinczkowski, Esq.
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293

_Plaintiffs Original Signature_

"Exhibit A"



# Experian
A world of insight

Prepared for: **LUCAS A DEMAESTRI**
Date: **June 29, 2011**
Report number: **0301-0543-29**

Page 5 of 10

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### ■ Names
LUCAS A DEMAESTRI
Name identification number: 30400

### ■ Addresses
These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 9901 E EVANS AVE<br>DENVER CO 80247-3503<br>Address identification number: 0153712442 | Multifamily | 0-706140-5-2080 |
| 9901 E EVANS AVE APT23D<br>DENVER CO 80247-3550<br>Address identification number: 0153712870 | Apartment complex | 0-706140-5-2080 |
| 1180 S CLINTON ST APT36<br>DENVER CO 80247-2316<br>Address identification number: 0153703282 | Apartment complex | 0-706020-5-2080 |

### ■ Social Security number variations
As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.
None

### ■ Year of birth
1985

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

*Inquiries shared only with you*
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries DO NOT affect your credit score.

Date of inquiry:
VERIFACTS INC 204 1ST AVE    STERLING IL 61081
No phone number available
Date of inquiry: Sep 20, 2010; Sep 01, 2010; Mar 18, 2010; Dec 10, 2009
VERIFACTS INC
No phone number available
Date of inquiry: Dec 10, 2009
No phone number available
Date of inquiry:
No phone number available

08629461 95

File Number: 240009025
Page: 3 of 3
Date Issued: 06/29/2011

**TransUnion.**

"Exhibit B"

**VERIFACTS INC**
204 1ST AVE
STERLING, IL 61081
(815) 626-9300
Requested On: 09/2010
Permissible Purpose: COLLECTION

**VERIFACTS INC**
204 1ST AVE
STERLING, IL 61081
(815) 626-9300
Requested On: 09/2010
Permissible Purpose: COLLECTION

**VERIFACTS INC**
204 1ST AVE
STERLING, IL 61081
(815) 626-9300
Requested On: 03/2010
Permissible Purpose: COLLECTION



**VERIFACTS INC**
204 1ST AVE
STERLING, IL 61081
(815) 626-9300
Requested On: 12/2009
Permissible Purpose: COLLECTION

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion. (Note: This statement is set to expire in 03/2012.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
http://transunion.com/disputeonline

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

To dispute online go to: http://transunion.com/disputeonline

P 1KS91-002 02818-I025291 05/10