IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02430–WYD–KMT

LUCAS DEMAESTRI,

    Plaintiff,

v.

VERIFACTS INC.,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Amended Complaint for Violations of the FCRA and FDCPA" (Doc. No. 21, filed Jan. 10, 2012) is STRICKEN. Federal Rule of Civil Procedure 15(a)(1) provides that a party may amend its pleading once as a matter of course within either 21 days after serving it, or 21 days after service of a responsive pleading or a motion under Rule 12(b), (e), or (f). Otherwise, a party may amend its pleading only with the opposing parties' written consent or the court's leave. Fed. R. Civ. P. 15(2).

Plaintiff's Complaint was filed on September 15, 2011 (Doc. No. 1) and Defendant's Answer was filed on October 24, 2011 (Doc. No. 9). Thus, the deadline for Plaintiff to amend his complaint as a matter of course has passed. Plaintiff must either seek the court's leave or the written consent of Defendant prior to filing his amended complaint.

Dated: January 11, 2012