IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02430-WYD-KMT

LUCAS DEMAESTRI,

Plaintiff,

v.

VERIFACTS, INC.,

Defendant.

**DEFENDANT'S SUBMISSION OF SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 11)**

COMES NOW, the Defendant, VeriFacts, Inc. ("Defendant" or "VeriFacts"), by and through its counsel of record, and submits the following supplemental authority relating to its Motion for Summary Judgment (Docket No. 11):

1. Defendant filed its Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 (Defendant's "Motion") on November 22, 2011. See, Docket No. 11. Defendant's Motion is fully briefed before this Court.

2. On March 14, Magistrate Judge Watanabe issued a Recommendation regarding a motion for summary judgment that was filed in a separate matter, *DeMaestri v. Asset Acceptance Capital Corp.*-11-cv-1671-WJM-MJW.

3. As some of the arguments made by Plaintiff in this case in response to Defendant's Motion were addressed in the case before Magistrate Judge Watanabe, Defendant submits that Judge Watanabe's Recommendation may be helpful in reaching a determination of Defendant's Motion.

4. Accordingly, Defendant is submitting Magistrate Judge Watanabe's

Recommendation in *DeMaestri v. Asset Acceptance Capital Corp.*-11-cv-1671 as supplemental authority, and is attached hereto.

RESPECTFULLY SUBMITTED this 15th day of March, 2012.

ADAM L. PLOTKIN, P.C.

By: s/ Steven J. Wienczkowski, Esq.
Steven J. Wienczkowski, #33105
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 296-3566
FAX: (303) 296-3544
E-mail: swienczkowski@alp-pc.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed the foregoing using the CM/ECF system and placed the same in the U.S. Mail postage prepaid addressed to:

Lucas DeMaestri
9901 E. Evans Ave., #23D
Denver, CO 80247

By: s/Steven J. Wienczkowski, Esq.
Steven J. Wienczkowski