IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02430-WYD-KMT

LUCAS DeMAESTRI,

    Plaintiff,

v.

VERIFACTs, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Magistrate Judge's Recommendation, filed on April 10, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge, dated March 16, 2012 (ECF Doc. No. 27), is affirmed and adopted.  It is further

ORDERED that judgment is hereby entered in favor of Defendant, Verifacts, Inc., and against Plaintiff, Lucas DeMaestri, on Defendant's Motion for Summary Judgment. It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this <u>10th</u> day of April, 2012.

            FOR THE COURT:

            GREGORY C. LANGHAM, CLERK


            <u>s/ Edward P. Butler</u>
            Edward P. Butler,
            Deputy Clerk